# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

**JORGE LA ROSA BORDAS,**
**A# 208-764-542,**

    *Petitioner*,

v.                          Case No.: 4:20cv530-MW/MAF

**WILLIAM BARR, et al.,**

    *Respondents*.

_____/

## ORDER ACCEPTING AND ADOPTING
## REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 8. Upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "Petitioner's § 2241 petition is **DISMISSED** for failure to prosecute and as moot." The Clerk shall close the file.

SO ORDERED on March 4, 2021.

                                         s/Mark E. Walker
                                         **Chief United States District Judge**